**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TINA M. BRABOY,

    Plaintiff,

v.

                                    Case No. 22-10697
                                    Honorable Linda V. Parker

BANK OF AMERICA CORPORATION, et al.,

    Defendant.

_____/

## NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON July 21, 2022 at 10:30 AM** for a Case Management Status and Scheduling Conference. **Counsel shall call the Court's toll-free conference line at 1-888-808-6929 and use Access Code 8141695.**

Counsel shall comply with Fed. R. Civ. Proc. Rule 26(f) and submit to the Court a joint discovery plan **no later than 3 business days before the conference**. In addition to the contents required under Rule 26(f), the joint discovery plan shall contain a case summary that:

- Summarizes the background of the action, the principal factual and legal issues for both sides, and the relief sought by the plaintiff(s);

- Outlines the proposed discovery and proposes an appropriate management plan, including a schedule setting discovery cut-off and trial dates; and

1

- Describes any outstanding or anticipated discovery disputes, the bases for any objections, and any anticipated motions, including dispositive motions

The proposed discovery plan and case summary **shall** **be filed with the Court**.

Please be prepared to discuss the following, when relevant, at the Scheduling Conference:

1. The issues and narrowing the issues;
2. Subject matter jurisdiction;
3. Relationship to other cases;
4. Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;
5. Settlement, including alternative dispute resolution;
6. Progress of discovery (counsel is instructed to commence significant discovery prior to the conference);
7. Issues which may appropriately be resolved by motion; and
8. Estimated trial length

Where applicable, the Court directs counsel to discuss case evaluation (formerly "mediation") with their clients, and the prospect of obtaining authority to stipulate to be bound by the provisions of Mich. Ct. R. 2.403, including the section dealing with sanctions. Where case evaluation is not applicable, the Court directs counsel to discuss alternative methods of settlement (e.g., facilitation) with their clients.

Dated: June 24, 2022                      s/Linda V. Parker
                                          U.S. DISTRICT JUDGE

### Certificate of Service

I hereby certify that on this date, June 24, 2022, a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first-class U.S. mail.

                                          s/A. Flanigan
                                          Case Manager
                                          (313) 234-5524